IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3029 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARCUS ANTONIO NAVEJAR, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Navejar's initial appearance and revocation hearing have been moved up to Monday, December 18, 2006, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

    December 15, 2006.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge