IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3029 |
| | ) | |
| V. | ) | |
| | ) | |
| MARCUS ANTONIO NAVEJAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the petition for offender under supervision (filing 72) is dismissed without prejudice.

DATED this 10th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge